UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Andrew Webb, | ) | C/A No. 0:11-3264-JFA-PJG |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| Mildred Rivera, | ) | |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

The *pro se* petitioner, Andrew Webb, is a federal prisoner who brings this action under 28 U.S.C. § 2241. He seeks a reduction in his sentence contending that his term of imprisonment was improperly enhanced by his prior convictions in the State of Georgia.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the action should be dismissed because the petitioner has not exhausted his administrative remedies. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The petitioner was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on February 27, 2012. However, the petitioner failed to file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

March 26, 2012                                                Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge